**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**(BOSTON DIVISION)**

| | | |
|---|---|---|
| WILLIAM GLADE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UFP TECHNOLOGIES, INC.,<br><br>Defendant. | ) | **Case No. 1:26-cv-12178-DLC**<br><br>**CORPORATE DISCLOSURE <u>STATEMENT</u>** |

Defendant UFP Technologies, Inc. hereby submits its Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and states as follows: Defendant UFP Technologies, Inc. certifies that it has no parent corporations, and no publicly held corporation owns 10% or more of its stock.

Respectfully submitted, this the 19th day of May, 2026.

***/s/ Alexa A. Perivolotis***

Alexa A. Perivolotis (BBO #718353)
O'HAGAN MEYER PLLC
301 S. McDowell Street, Suite 707
Charlotte, NC 28204
(704) 582-7911
(704) 582-7910 ~ Fax
aperivolotis@ohaganmeyer.com

*Counsel for Defendant*
*UFP Technologies, Inc.*

**CERTIFICATE OF SERVICE**

This is to certify that the undersigned has this day electronically filed the foregoing **CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record as follows:

Christina Xenides
SIRI & GLIMSTAD LLP
cxenides@sirillp.com

Tyler J. Bean
Tanner R. Hilton
SIRI & GLIMSTAD LLP
tbean@sirillp.com
thilton@sirillp.com

Raina C. Borrelli*
STRAUSS BORRELLI PLLC
raina@straussborrelli.com

*Attorneys for Plaintiff and Proposed Class*

This the 19th day of May, 2026.

***/s/ Alexa A. Perivolotis***