UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM GLADE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>UFP TECHNOLOGIES, INC.,<br><br>Defendant. | **Case No.: 1:26-cv-12178**<br>**Judge: Judge Donald L. Cabell** |
| MARTHA PRITCHARD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>UFP TECHNOLOGIES, INC.,<br><br>Defendant. | **Case No.: 1:26-cv-12206**<br>**Judge: Judge Jessica D. Hedges** |
| RALPHIE CHARLIE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>UFP TECHNOLOGIES, INC.,<br><br>Defendant. | **Case No.: 1:26-cv-12249**<br>**Judge: Judge Donald L. Cabell** |

**~~[PROPOSED]~~ ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR CONSOLIDATION AND APPOINTMENT OF INTERIM CLASS COUNSEL**

Having reviewed the parties' submissions, the Court hereby ORDERS that Plaintiffs' Unopposed Motion to Consolidate and Appoint Interim Class Counsel, is GRANTED.

Therefore, IT IS ORDERED that the Motion is GRANTED as set forth below:

**IT IS HEREBY ORDERED THAT:**

1. Pursuant to Federal Rule of Civil Procedure 42, the cases *Glade v. UFP Technologies, Inc. ("Glade"),* Case No. 1:26-cv-12178, *Pritchard v. UFP Technologies, Inc. ("Pritchard"),* Case No. 1:26-cv-12206-JDH; and *Charlie v. UFP Technologies, Inc. ("Charlie"),* Case No. 1:26-cv-12249 are consolidated for all purposes. The *Glade* case is designated as the lead case. All papers filed in the Consolidated Action shall be filed under Case No. 1:26-cv-12178 and shall bear the following caption:

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE UFP TECHNOLOGIES, INC.<br>DATA BREACH LITIGATION<br>This Document Relates To: | Lead Case No. 1:26-cv-12178 |

2. All future pleadings, motions, briefs, and other papers shall be filed in Case No. 1:26-cv-12178. The clerk is directed to CLOSE Case Nos. 1:26-cv-12206-JDH and 1:26-cv-12249.

3. ~~All future-filed or transferred actions that are related to the Consolidated Action pursuant to Federal Rule of Civil Procedure 42 and Local Rule 41(k) in that they are based on the same or similar facts and circumstances shall be consolidated in the Consolidated Action upon agreement of the parties and the filing of a notice of consolidation.~~ Interim Co-Lead Class Counsel or Defense Counsel shall file a Notice of Related Case in the Consolidated Action for all future-filed or transferred cases that they consider related to the Consolidated Action pursuant to Fed. R. Civ. P. 42 and Local Rule 41(k) in that those cases are based on the same or similar facts and circumstances. The Court will then determine whether such cases are related and should be consolidated.

JEK

4. The Court hereby appoints Tanner Hilton from Siri Glimstad LLP, Raina Borrelli from Strauss Borrelli PLLC, and Daniel Srourian of Srourian Law Firm, P.C as Interim Co-Lead Class Counsel.

5. Interim Co-Lead Counsel Tanner Hilton from Siri Glimstad LLP, Raina Borrelli from Strauss Borrelli PLLC, and Daniel Srourian of Srourian Law Firm, P.C shall be responsible for the overall conduct of the litigation on behalf of the proposed class, including providing supervision of all Plaintiffs' counsel in this litigation. As Interim Co-Lead Counsel for Plaintiffs, Mr. Hilton, Ms. Borrelli, and Mr. Srourian have the authority to:

    a. Promote efficient conduct of this litigation and avoid unnecessary duplication and unproductive efforts by making and supervising all work assignments;
    b. Prepare and file the Consolidated Class Action Complaint on behalf of the proposed class, and any subsequent pleadings;
    c. Make, brief, and argue motions;
    d. Conduct all pre-certification proceedings on behalf of the proposed class and act as spokespersons for the proposed class;
    e. Conduct or coordinate discovery on behalf of the proposed class consistent with the Federal Rules of Civil Procedure, local rules, and orders of the Court, including preparation of (or responses to) written discovery requests and examination (or defense) of witnesses in depositions;
    f. Monitor activities of the Plaintiffs' counsel to whom they delegate work and implement procedures to ensure that schedules are met and unnecessary expenditures of time and funds are avoided;
    g. Negotiate with defense counsel with respect to settlement and other matters;
    h. Consult with and retain expert witnesses for the proposed class;

i. Consult with, retain, and manage relations with outside vendors for the collection, processing, or review of documents and electronically stored information produced in discovery;

j. Conduct or coordinate all negotiations with defense counsel regarding search and production protocols, manage the review of documents produced by Defendant and third parties (and production of documents by the proposed class Plaintiffs), and implement advanced analytics for the efficient review of documents as appropriate;

k. Coordinate and communicate as necessary with counsel for other parties in the litigation regarding any matters addressed in this Order in order to ensure efficient use of Plaintiffs,' Defendant's and the Court's time;

l. Allocate any fee award among Plaintiffs' counsel;

m. Ensure that all Plaintiffs' counsel and Plaintiffs are informed of the progress of this litigation as necessary; and

n. Otherwise coordinate the work of Plaintiffs' counsel and perform such other duties as authorized by further Order of the Court.

6. Interim Co-Lead Counsel shall regularly collaborate with additional class counsel with respect to the duties and responsibilities discussed above.

7. The Court hereby sets the following initial case deadlines for the Consolidated Action:

   a. Plaintiffs shall file a Consolidated Class Action Complaint no later than 30 days following entry of this Order;

   b. Defendant shall file an answer or otherwise respond to the Consolidated Class Action Complaint within 45 days of the filing of the Consolidated Complaint;

c. Plaintiffs shall file an opposition to any motion to dismiss or similar motion filed in response to the Consolidated Class Action Complaint within 45 days of the motion; and

d. Defendants shall file a reply in support of any motion to dismiss or similar motion within 21 days of Plaintiffs' opposition.

**SO ORDERED**

Dated: June 16, 2026

By: ____________________

Hon. ~~Donald L. Cabell~~ Kirkpatrick